In the Matter of THE WESTCHESTER ELECTRIC RAILROAD COMPANY et al., Respondents, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Appellants.

(Argued May 21, 1936; decided June 5, 1936.)

*Sherman C. Ward* and *Russell B. Burnside* for appellants.

*Alfred T. Davison, Addison B. Scoville* and *Victor McQuistion* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.